UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAD-ALAN HALL, et al.,

              Plaintiffs,

    v.

UNITED STATES OF AMERICA, et al.,

              Defendants.

No. C18-968RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 29, 2018. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiffs are hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiffs shall file a responsive brief no later than October 19, 2018.

DATED this 2nd day of October, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE