UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD-ALAN HALL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant. | Case No. 2:18-CV-968-RSL<br><br>ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS |

This matter comes before the Court on plaintiffs' motion for an extension of time to serve defendants. Dkt. #4. The complaint was filed on June 29, 2018. Dkt. #1. To date, plaintiffs have not served defendants as required by Fed. R. Civ. P. 4(m). On October 2, 2018, the Court ordered plaintiffs to show cause why their complaint should not be dismissed. Dkt. #3. Plaintiffs have now requested an extension of time within which to complete service. Dkt. #4. The Court will exercise its discretion to extend the deadline provided in Fed. R. Civ. P. 4(m) for an additional 120 days from the date of this Order. Plaintiffs' motion is GRANTED.

DATED this 4th day of December, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 1