UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAD-ALAN HALL, et al.,

          Plaintiffs,

   v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

No. C18-968RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 29, 2018. Dkt. #1. On October, 2, 2018 this Court issued an Order to Show Cause for failure to serve. Dkt. #3. On October 19, 2018, the plaintiffs filed a Motion for Extension of Time to Serve Defendants. Dkt. # 4. On December 4, 2018, this Court issued an Order Granting Extension of Time to Serve Defendants for an additional 120 days. Dkt. #5. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(i)(1)–(2) and (m). Plaintiffs are hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than May 9, 2019. The Clerk is directed to place this Order to Show Cause on the Court's calendar for May 10, 2019.

DATED this 23rd day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE