# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHAD-ALAN HALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 2:18-CV-968-RSL <br><br> ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

This matter comes before the Court on the Court's Order to Show Cause, Dkt. #6, and plaintiffs' "Motion to Extend Time to Serve Alleged Defendants." Dkt. #7.

On June 29, 2018, plaintiffs Chad-Alan Hall and Kirsten-Marie Hall filed a complaint against the United States of America, the Department of Treasury, and Sandra S. Cho. Dkt. #1. On October 2, 2018, the Court issued an order to show cause for failure to serve defendants. Dkt. #3. Plaintiffs filed their first motion for an extension of time to serve defendants on October 19, 2018. Dkt. #4. The Court granted the motion on December 4, 2018 and extended the deadline for an additional 120 days. Dkt. #5. Plaintiffs failed to perfect service. On April 23, 2019, the Court issued a second order to show cause for failure to serve defendants. Dkt. #6. Plaintiffs have filed a second motion for an extension of time to serve defendants. Dkt. #7.

To date, service of the summons and complaint has not been made on defendants. See Fed. R. Civ. P. 4. Nor have plaintiffs requested the Court's assistance in accomplishing service or attempted to show good cause for their failure to timely serve. The Court will extend the

ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR
EXTENSION OF TIME TO SERVE DEFENDANTS - 1

deadline for service one last time for an additional 60 days. No further extensions will be granted. If plaintiffs fail to perfect service within 60 days, their complaint will be dismissed.

For all the foregoing reasons, plaintiffs' motion is GRANTED IN PART. The Court hereby ORDERS that the deadline for service upon defendants shall be extended for an additional 60 days from the date of this Order.

DATED this 13th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge