UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAD-ALAN HALL, et al.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.

NO. C18-968RSL

ORDER OF DISMISSAL

The Complaint in this matter was filed on June 29, 2018. On October 2, 2018, this Court issued an order to show cause for failure to serve defendants. Dkt. #3. Plaintiffs filed a motion for an extension of time to serve defendants. Dkt. #4. The Court granted the motion on December 4, 2018 and extended the deadline for an additional 120 days. Dkt. #5. Plaintiffs failed to perfect service. On April 23, 2019, the Court issued a second order to show cause for failure to serve defendants. Dkt. #6. On May 9, 2019, plaintiffs filed a second motion for an extension of time to serve defendants. Dkt. #7.

On June 13, 2019, this Court issued an Order Granting in Part Plaintiffs' Motion for Extension of Time to Serve Defendants. Dkt. #9. The Court extended the deadline for service one last time for an additional 60 days and indicated that no further extensions would be granted. If plaintiffs failed to perfect service within 60 days, their complaint would be dismissed.

ORDER OF DISMISSAL-1

To date, plaintiff has failed to perfect service on defendants. Therefore, this matter is hereby DISMISSED without prejudice.

DATED this 14th day of January, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL-2